# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA KAY KOLE, ) | |
| ) | |
|    Petitioner, ) | Case No. CV 08- 0411- LMB |
| ) | |
| v. ) | |
| ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
|    Respondent. ) | |
| _____) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is DISMISSED in its entirety with prejudice.

DATED: **March 31, 2010**.

_(signature)_
Honorable Larry M. Boyle
United States Magistrate Judge

**JUDGMENT - 1**